# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MYRNA J. FILER,
:
    Plaintiff,                              Case No. 3:11-cv-170
:
  -vs-                                   District Judge Thomas M. Rose
:               Magistrate Judge Michael J. Newman

DETECTIVE CRAIG POLSTON, *et al.*,   :

    Defendant.                     :

## ORDER DENYING DOC. 18

This matter is before the Court on *pro se* Plaintiff's "Motion for Order of Trial Preparation Materials" (doc. 18). It appears, from a liberal construction of the motion, that *pro se* Plaintiff is requesting this Court to issue a subpoena to U.S. Airways, a non-party. Plaintiff has not provided to the Court a subpoena to review. Additionally, it does not appear that U.S. Airway's corporate headquarters is within the subpoena power of this Court. *See* Fed. R. Civ. P. 45(b)(2).

Accordingly, the Court **DENIES** Plaintiff's motion (doc. 18). Plaintiff is directed to read Civil Rule 45, which concerns the proper issuance of subpoenas in civil cases.

February 14, 2012                                                             s/ **Michael J. Newman**
                                                                                     United States Magistrate Judge