IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MYRNA J. FILER,

    Plaintiff,     :    Case No. 3:11-CV-170

-vs-

    Judge Thomas M. Rose
    Magistrate Judge Michael J. Newman

DET. CRAIG POLSTON, *et. al.,*

    Defendants.     :

## ORDER

Recognizing that the Court earlier today recommended that this case be dismissed, the following motions are each denied as **MOOT**: Doc. 20 (Plaintiff's Motion for Issuance of Subpoena for Production of Trial Preparation Documents against U.S. Airways at Dayton International); Doc. 21 (Plaintiff's Motion for Appointment of Counsel); and Doc. 23 (Defendant's Motion to Stay Discovery Pending Resolution of Motion for Judgment on the Pleadings).

**IT IS SO ORDERED.**

May 15, 2012

                                                    s/**Michael J. Newman**
                                                      United States Magistrate Judge