UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**MYRNA J. FILER,**

        **Plaintiff,**

-v-

**DETECTIVE CRAIG POLSTON, et al.,**

        **Defendants.**

Case No. -3:11-cv-170

Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

**ENTRY AND ORDER OVERRULING FILER'S OBJECTIONS (Doc. #31) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS; ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #27) IN ITS ENTIRETY; DISMISSING FILER'S COMPLAINT WITH PREJUDICE AND TERMINATING THIS CASE**

This matter comes before the Court pursuant to pro se Plaintiff Myrna J. Filer's ("Filer's") Objections (doc. #31) to Magistrate Judge Michael J. Newman's Report and Recommendations (doc. #27) regarding Filer's Complaint. The Defendants have responded to Filer's Objections. Thus, Filer's Objections are ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Filer's Objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is adopted in its entirety.

Filer's § 1983 claims are barred by the two-year statute of limitations and thus are dismissed with prejudice. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western

Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this 3rd day of July, 2012.

                                                 **s/Thomas M. Rose**

                                 _____
                                           THOMAS M. ROSE
                                 UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Myrna J. Filer at her last address of record