# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MYRNA J. FILER,

      Plaintiff,                       :        Case No. 3:11-cv-170

  -vs-

                                    Judge Thomas M. Rose
                                    Magistrate Judge Michael J. Newman

DET. CRAIG POLSTON, *et.al.,*

      Defendants.                  :

## ORDER

The Clerk shall re-docket Document 37 as Plaintiff's Notice of Appeal.

Since judgment has been entered and this case closed, *see* doc. 35, Defendant is **ADVISED** that her request to proceed *in forma* pauperis (doc. 37 in part) should be filed instead in the Sixth Circuit Court of Appeals.

July 16, 2012                                                           s/**Michael J. Newman**
                                                                      United States Magistrate Judge